1  GEOFFREY BECKER, 70110
   BECKER & BECKER
2  1370 Reliez Valley Road
   Lafayette, California 94549
3  Telephone: [925] 939-9041
   geoffrey.becker@comcast.net
4  Fax: 925-943-5477

5  Attorney for Plaintiff, Carol Sachs

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  CAROL P. SACHS,                          NO. C-08-1840 EMC

12
                           Plaintiff,
13                                           Declaration of Geoffrey Becker
                                             In Support of Issuance of Letter
14             vs.                           Rogatory

15  REPUBLIC OF AUSTRIA, OBB HOLDING
16  GROUP, OBB PERSONENVERKEHR AG

17  _____
                       Defendants.
18
             I, Geoffrey Becker, declare:
19
             a.  That I am the attorney for the plaintiff, Carol P. Sachs;
20
             b.  Your declarant called the clerk of this court on May 8, 2008 to obtain a status
21
    on the submission of the Letter Rogatory.  Your declarant was advised that an order had been
22
    issued via ECF.  The order was not received via e-mail for the reason that it was transmitted to
23
    an e-mail address that is no longer used.  The current address is now in the ECF system;
24
             c.  Attached hereto as Exhibit 1 is a one page excerpt from the internet indicating
25
    that as of February 4, 2008, OBB Personenverkehr was the Austrian Federal Railway and that it is
26
    government owned.  On or around April 7, 2008, your declarant called the United States Embassy
27
    in Vienna Austria to confirm that OBB Personenverkehr, the passenger railway in Austria,
28

                                          1
    Declaration of Geoffrey Becker in Support of Issuance of Letter Rogatory

1  continues to be an instrumentality of the Republic of Austria.   Your declarant was informed that

2  it is;

3          d.  Your declarant was also advised by the United States Embassy that Austria is

4  not a signatory to the Hague Convention, that there are not any agreements between Austria and

5  the United States regarding the service of process, that attempts should not be made to contact any

6  Austrian official regarding service and that diplomatic channels implemented through a letter

7  rogatory must be used to effect service.   Your declarant was also advised that the letter rogatory,

8  summons and complaint should not be sent to the Embassy as they must be presented to the State

9  Department which will forward them to the Embassy.

10          I declare under penalty of perjury and under the laws of the United States, that the

11  statements made in this declaration are true and correct and are personally known to me.   This

12  declaration is signed on this 9th day of May, 2008 in Contra Costa County, California.

13

14                                          Geoffrey Becker

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Geoffrey Becker in Support of Issuance of Letter Rogatory

| SEARCH BLOG | FLAG BLOG | Next Blog»     Create Blog | Sign In

# VIENNA DAILY PHOTOGRAPHY

A PHOTO EACH DAY OF THE CITY I NOW CALL HOME.

- Ads by Google-    Railway Timetable    Railway Museum    Railway Station    Swiss Railway    Railway Face

SATURDAY, MARCH 8, 2008

## The ÖBB railway system



4 February 2008

The *Österreichischen Bundesbahnen*, (Austrian Federal Railways) is the National Railway system of Austria. It is government owned, which is a really convenient way of travelling not just in Vienna but the whole of Austria. The ÖBB transport goods and passengers by train, tram and bus, maintain the rail infrastructure, manage the rail network among other services it offers as a holding company. The tracks of the national railway is different from the *Wiener Linien* which is the local train system in Vienna (more next time). Though they would at some point have the same station at one place, making the connections to travel around easier.

The above photo is the newest among the 'faces' of the passenger trains. I prefer travelling with that one as it is more convenient than the one below. Having a stroller/buggy all the time, the elevated entrance is an inconvenience compared to the one above as it is levelled to the platform.



POSTED BY MIRAGE2G AT 11:53 AM

LABELS: STOCK PHOTOS

11 COMMENTS:

ABOUT ME



MIRAGE2G
VIENNA, AUSTRIA

(All photos otherwise stated are copyright of Khan Studios. Please ask permission if you are to use photos and info from this site.)

VIEW MY COMPLETE PROFILE

Google Search

 



 Subscribe in a reader

Help pay hosting,thanks.

Stock Photos? Buy some or Sell your own Photos Now!



dslr, digital cameras, lenses, photography equipments, photography books @ebay



Get one

**EXHIBIT** 

# FreeFoto.com

Home | Blog | Latest | Top | Help

**No Term!**
Order AT&T Yahoo! High Speed Internet

$19.95

Learn More

at&t

Railways Worldwide    **Austrian State Railways - Osterreichische Bundesbahnen - OBB**

**Railways Worldwide**
Amtrak 1
Amtrak 2
Austrian State Railways
Austrian State Railways
Autorack
Belgium State Railways
Bernese Oberland Railway
Bls Lotschbergbahn
Railway
BNSF 1
BNSF 2
BNSF 3
BNSF 4
BNSF 5
BNSF 6
BNSF 7
BNSF 8
California State Railroad
Museum
Conway Scenic Railroad 1
Conway Scenic Railroad 2
Conway Scenic Railroad 3
Conway Scenic Railroad 4
Conway Scenic Railroad 5
Dutch Railways
Essex Valley Railroad 1
Essex Valley Railroad 2
Eurostar
German Trains
Golden Spike National
Historic Site
Grade Crossing 1
Grade Crossing 2
Grain Train
Helper Locomotives
Hobo Railroad
Intermodal
Italian Trains
Le Chemin de Fer du
Vivarais
Maine Narrow Gauge
MBTA
Montana Rail Link
Mount Washington Cog
Railway 1
Mount Washington Cog
Railway 2
Norwegian State Railways
Railroad Track
SBB Brunig Railway
SNCF 1
SNCF 2
Stock Train
Swiss trains
Tank Car
TGV
The Flam Railway
USA Railroad 1
USA Railroad 2
USA Railroad 3
Wengernalpbahn
White Mountain Central
Railroad





**SOLUTIONS ARE POWER.™**

ONLINE MARKETING
SECURITY
WEB SITE DESIGN
E-COMMERCE
DOMAINS & HOSTING

Network Solutions.com
GET YOUR SOLUTION »

Photographs of the Austrian State Railways - Osterreichische Bundesbahnen - OBB

**More images from the category Austrian State Railways - Osterreichische Bundesbahnen - OBB.**

Download    License    Prints    Share



WaMu
**WaMu Free Checking**
+3.30% Online Savings.
Apply online in just minutes.
LEARN MORE    **Whoo hoo!®**

Ref Number: 25-03-23
Photographer: Ian Britton
Camera: FUJIFILM , FinePixS1Pro
Date: Feb 25, 2001 4:34:46 AM
Tags:
snow zell am see seeboden station emu austrian
state railways osterreichische bundesbahnen obb
class 1044 obb emu class 4030 class 1063 austrian
railways intermodal service class 1142 spittal-
millstättersee

BOOKMARK

**Top Viewed Images from Austrian State Railways - Osterreichische Bundesbahnen - OBB**

Transport

**Transport**
Air Transport
Aircraft
Airlines
Airports
Autos
Bus Transport
Canals
Land Transport 1
Land Transport 2
Military Transport
Railways Worldwide
Steam Locomotives
Trains
UK Modern Railways 1
UK Modern Railways 2
UK Preserved Rail NE
UK Preserved Rail UK
UK Roads
USA Roads
Water Transport