UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS,<br><br>        Plaintiff,<br><br>    v.<br><br>REPUBLIC OF AUSTRIA, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-08-1840 EMC<br><br><br>**ORDER CONDITIONALLY GRANTING PLAINTIFF'S REQUEST FOR ISSUANCE OF LETTER ROGATORY** |

       The Court has received a letter from Plaintiff Carol P. Sachs, asking that the Court issue a letter rogatory to the Republic of Austria so that she may serve process on OBB Personenverkehr, a Defendant in this case. Having reviewed the letter and proposed letter rogatory, as well as the supplemental papers filed by counsel for Ms. Sachs, the Court hereby conditionally **GRANTS** the request for issuance of a letter rogatory. That is, the Court will issue a letter rogatory, which includes a provision stating that the judicial authorities of Austria will be reimbursed for the costs incurred in executing the letter rogatory, *provided* that Ms. Sachs agrees to reimburse this Court for any costs assessed to this Court by the judicial authorities of Austria.

       Ms. Sachs shall notify the Court within a week of the date of this order whether she accepts this condition. If so, the letter rogatory shall be promptly issued to Ms. Sachs. The Court reiterates

///
///
///
///

1  that the issuance of a letter rogatory shall no bar OBB Personenverkehr, or any other Defendant,
2  from subsequently making an appearance and arguing improper service, lack of subject matter
3  jurisdiction, or lack of personal jurisdiction.

5      IT IS SO ORDERED.

7  Dated: May 12, 2008

                                                      _____
                                                      EDWARD M. CHEN
                                                      United States Magistrate Judge

**United States District Court**
For the Northern District of California