GEOFFREY BECKER, 70110
BECKER & BECKER
1370 Reliez Valley Road
Lafayette, California 94549
Telephone: [925] 939-9041
geoffrey.becker@comcast.net
Fax: 925-943-5477

Attorney for Plaintiff, Carol P. Sachs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS, | NO. C08-01840 |
| Plaintiff, | **Stipulation Regarding Conditions To the Issuance of Letter Rogatory** |
| vs. | |
| REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG | |
| Defendants. | |

Plaintiff, Carol P. Sachs, through her attorney, Geoffrey Becker, stipulates, as follows:

1. That the conditions to the issuance of the letter rogatory, as set forth in the Conditional Order entered on May 12, 2008, are accepted.

Dated: May 12, 2008

_/s/ Geoffrey Becker_
Geoffrey Becker
Attorney for Carol P. Sachs, Plaintiff

1

Stipulation Regarding Conditions to Issuance of Letter Rogatory