IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS, | NO. C08-01840 |
| Plaintiff, | **Letter Rogatory** |
| vs. | |
| REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG | |
| Defendants. | |

The United States District Court, Northern District of California, requests judicial assistance from the Republic of Austria regarding the service of process on the Austrian Federal Railway, OBB Personenverkehr.

1. The interests of justice will be served if assistance if provided;

2. This case involves an accident occurring at the Innsbruck station on April 7, 2007. It is alleged that the plaintiff was attempting to board the train, that it started to move, that the plaintiff fell to the tracks resulting in amputation of both legs.

3. This is a civil case requesting damages.

1

Letter Rogatory

1         4. This court is willing to provide similar assistance to the judicial authorities of the Republic of Austria and it will reimburse the judicial authorities of the Republic of Austria for the costs incurred in executing this letter rogatory.

Dated: ~~April 9, 2008~~
      May 12, 2008

_____
The Honorable Edward M. Chen
Magistrate Judge
United States District Court, Northern District of California

---

2

Letter Rogatory