1  GEOFFREY BECKER, 70110
   BECKER & BECKER
2  1370 Reliez Valley Road
   Lafayette, California 94549
3  Telephone: [925] 939-9041
   geoffrey.becker@comcast.net
4  Fax: 925-943-5477

5  Attorney for Plaintiff, Carol Sachs

E-filing

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS, | NO. C-08-1840 EMC |
| Plaintiff, | |
| vs. | Declaration of Geoffrey Becker Regarding Service and Request to Continue Case Management Conference ; ORDER |
| REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG | |
| Defendants. | |

I, Geoffrey Becker, declare:

a. That I am the attorney for the plaintiff, Carol P. Sachs;

b. Attached hereto is the affidavit of Celeste Ingalls, Alan H. Crowe & Associates, which your declarant received on July 2, 2008. Your declarant respectfully requests that the case management conference be continued to December 16, 2008. As set forth in the accompanying affidavit, it is likely to take six months to complete service. Your declarant will promptly notify the court when service is completed.

///

///

1

Declaration of Geoffrey Becker in Support of Issuance of Letter Rogatory

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is a true and correct statement of the facts. This declaration is signed on this 3rd day of July, 2008 in Lafayette, California.

_____
Geoffrey Becker

IT IS SO ORDERED that the Case Management Conference is reset from 7/16/08 at 1:30 p.m. to 12/17/08 at 1:30 p.m. A joint CMC statement shall be filed by 12/10/08. Plaintiff to serve Defendants with copy of this order.

_____
Edward M. Chen
U.S. Magistrate Judge

Date: 7/9/08

2

Declaration of Geoffrey Becker in Support of Issuance of Letter Rogatory

## AFFIDAVIT OF CELESTE INGALLS

**COURT:** UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CAPTION:** CAROL P. SACHS, Plaintiff
v.
REPUBLIC OF AUSTRIA, et al., Defendants

**CASE NO.:** C08-01840

**OREGON** )
) ss.
**County of Multnomah** )

I declare that I, Celeste Ingalls, am a citizen of Oregon, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and I have specialized in the service of civil process in foreign countries for more than 12 years; and

2. Due to the fact that it has been represented that defendant OBB Personenverkehr AG is a foreign sovereign entity, this defendant must be served pursuant to the Foreign Sovereign Immunities Act (28 U.S.C. Sec. 1608) (FSIA); and

3. In accordance with 28 U.S.C. Sec. 1608, the FSIA provides a series of hierarchical steps for effecting service each of which is dependent upon specific criteria: and

4. Austria is not a signatory to any treaty, convention or multilateral agreement for the service of judicial documents; and

5. 28 U.S.C. Sec. 1608 (a)(4) provides that if service by international agreement, treaty, convention, multilateral agreement or mail is not possible or applicable, service of a summons, complaint and notice of suit shall be made by way of the diplomatic channel (letter rogatory); and

6. The Austrian Government has declared that service by formal letter rogatory request shall be the only method of service allowed by law and any other attempt at service shall be viewed as an affront to Austria's judicial sovereignty; and

Fax:                    Jul 2 2008 04:00pm P005
Dbt f !4;19.dw 12951.FND!!!!!Epdvn fou9!!!!!!Gjrfie!1801403119!!!!!Qbhf !5!pg7

7. The United States Department of State has been designated as the entity authorized to accept and forward abroad any formal request for service of process under the standard protocol of a letter rogatory; and

8. The Ministry of Justice in Austria is the entity authorized to receive and effect the service of judicial documents, under cover of diplomatic note, in Austria in response to a letter rogatory; and

9. On June 24, 2008, I forwarded the Notice of Suit, with Attachment, Summons in a Civil Action, Letter Rogatory, Complaint for Personal Injuries, Notice of Case Assignment (Judge Edward M. Chen), Order Setting Initial Case Management Conference and ADR Deadlines, with requisite Austrian Court Certified German translations of all, through the appropriate diplomatic channels to be properly served in Austria upon **OBB Personenverkehr AG**; and

10. There is no obligatory time frame for effecting service by letter rogatory request; and

11. My experience is that service in Austria in response to a formal letter rogatory request takes approximately 6 months to effect, dependent upon the location where the service is to take place, but has occasionally taken up to 10 months or more.

_____

SUBSCRIBED AND SWORN to before me this 2nd day of July, 2008.

_____
Notary Public for Oregon



OFFICIAL SEAL
NAO SAKAMOTO
NOTARY PUBLIC-OREGON
COMMISSION NO. 423984
MY COMMISSION EXPIRES DEC. 5, 2011

Affidavit of Celeste Ingalls                                               Page 2 of 2
Re: Service upon OBB Personenverkehr AG
Case No: C08-1840

Fax:                        Jul  2 2008 04:00pm  P002
Dbtf !4;19.dw 12951.FND!!!!!Epdvn f oU9!!!!!!Gjrne!1801403119!!!!!Qbhf !6!pg7

# CROWE FOREIGN SERVICES
*Serving Process Around the World*

- Hague Service Convention
- Hague Evidence Convention
- Letter Rogatory
- Services by Agent
- Translation Services
- Document Authentication
  www.ForeignServices.com

1020 SW Taylor St., Suite 240
Portland, Oregon 97205
USA

Phone: (503) 222-3085
Fax: (503) 222-3950

Gary A. Crowe
President

Celeste Ingalis
Director of Operations
celeste@foreignservices.com

## WHAT TO EXPECT NOW
## RELATING TO SERVICE VIA LETTER ROGATORY

1. **It is likely that you will hear from the defendant or defense counsel (in the form of answer/response or correspondence) prior to receiving confirmation or proof of service.** This is unavoidable when it occurs and *does not mean we have any information or a proof of service.* Proof of service certificates often take a minimum of 30 to 60 days, AFTER service is performed, to be returned by the foreign authority through the requisite diplomatic channels.

2. **The proof of service document(s) will be returned DIRECTLY TO THE FORUM COURT that signed the letter rogatory request. They will not get returned to our office or yours. This is a State Department Diplomatic requirement that we cannot circumvent.**

   The documents are sent by the foreign authorities to the appropriate U.S. Consular Representative in the country where service is made (usually a U.S. Embassy if there is one). The Consular Representative is then required to return the proof of service certificate, under diplomatic cover, to U.S. State Department who then will return the documents to the court.

3. **WE WILL NOT HAVE COPIES of returned proof of service certificates** except in extreme exceptions. In addition, although we are "USUALLY" advised by the State Department when documents returned to the court, there is no guarantee and they are not required to do so. If we were to receive any proof of service information or documentation, you would be notified immediately.

4. **When the documents are returned by the foreign authority, they may be in the official language of whatever country in which service is performed, especially if translation was required when service was initiated.** If so, the documents will require translation to English for your Court. Unfortunately, because proofs vary, translation costs cannot be quoted in advance. Therefore, translation costs will be additional and at your expense.

*Member: National Association of Professional Process Servers*

Fax:   Jul 2 2008 04:00pm P003
Dbt f !4;19.dw 12951.F N D!!!!!Epdvn f oU9!!!!!!Gjrhe!1801408119!!!!!Qbhf !7!pg7

## WHAT TO EXPECT NOW RELATING TO SERVICE VIA LETTER ROGATORY, continued

5.  **Please do not expect our office to have any status regarding the service(s).** Service can take several months from the date it is sent abroad, depending on the country in which service is performed. We do not request status until a service has been abroad for at least 6 months for most countries, longer for some. The foreign authorities rarely, if ever, provide status if requested before this time frame, and most will NEVER provide status at all. Occasionally we are able to get information from the applicable U.S. Consular representative, if they are able to get it, but the foreign authorities are not obligated to provide status.

6.  **There is no guarantee service can be stopped once started.** If your case settles before service is complete we can only *request* the foreign authorities cancel the service. However, they are under no obligation to respond to such a request.

7.  **When we receive the proof of service documents from the authorities they are immediately returned to you by 2nd Day Air Courier (usually UPS).** We will also fax you a copy of the proof documents ON THE SAME DAY we send them back to you.

8.  Contact our office at any time if you require additional affidavits to inform the court that a service in still in progress.

**If you have any questions about this information please feel free to contact us.**