GEOFFREY BECKER, 70110
BECKER & BECKER
1370 Reliez Valley Road
Lafayette, California 94549
Telephone: [925] 939-9041
geoffrey.becker@comcast.net
Fax: 925-943-5477

Attorney for Plaintiff, Carol Sachs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS, | NO. C-08-1840 EMC |
| Plaintiff, | |
| vs. | Declaration of Geoffrey Becker Regarding Service and Request To Continue Case Management Conference ; ORDER |
| REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG | |
| Defendants. | |

I, Geoffrey Becker, declare:

a. That I am the attorney for the plaintiff, Carol P. Sachs;

b. The case management conference is scheduled for December 17, 2008 at 1:30 p.m.. It was originally scheduled to be held on July 16, 2008 and was continued because service of the summons and complaint is being accomplished by way of letters rogatory.

c. Your declarant has not been notified that service has been completed and it is not known when that is likely to occur. Your declarant respectfully requests that the case management conference be continued to January 21, 2009.

1

Declaration Regarding Service and Request to Continue Case Management Conference

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is a true and correct statement of the facts. This declaration is signed on this 12th day of November, 2008 in Lafayette, California.

_____
Geoffrey Becker

IT IS SO ORDERED that the case management conference is reset from 12/17/08 to 1/28/09 at 1:30 p.m. A Joint Case Management Statement shall be filed by 1/21/09. Plaintiff shall serve a copy of this order upon defendants.

_____
EDWARD M. CHEN
U.S. MAGISTRATE JUDGE



2

Declaration Regarding Service and Request to Continue Case Management Conference