GEOFFREY BECKER, 70110
BECKER & BECKER
1370 Reliez Valley Road
Lafayette, California 94549
Telephone: [925] 939-9041
geoffrey.becker@comcast.net
Fax: 925-943-5477

Attorney for Plaintiff, Carol Sachs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS, | NO. C-08-1840 EMC |
| Plaintiff, | |
| vs. | Declaration of Geoffrey Becker Regarding Service and Request To Continue Case Management Conference ; ORDER |
| REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG | |
| Defendants. | |

I, Geoffrey Becker, declare:

a. That I am the attorney for the plaintiff, Carol P. Sachs;

b. The case management conference is scheduled for January 28, 2009 at 1:30 p.m.. Service of the summons and complaint is being accomplished by way of letters rogatory.

c. Your declarant has not been notified that service has been completed and it is not known when that is likely to occur. Your declarant respectfully requests that the case management conference be continued to February 25, 2009.

---

1

Declaration Regarding Service and Request to Continue Case Management Conference

1  I declare under penalty of perjury and under the laws of the United States of America
2  that the foregoing is a true and correct statement of the facts. This declaration is signed on this 29th
3  day of December, 2008 in Lafayette, California.

_____
Geoffrey Becker

IT IS SO ORDERED that the Case Management Conference from January 28, 2009 at 1:30 p.m. to February 25, 2009 at 1:30 p.m. A Joint Case Management Conference Statement shall be filed by February 18, 2009.



_____
Edward M. Chen
United States M...

Dated: _____

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2

Declaration Regarding Service and Request to Continue Case Management Conference