GEOFFREY BECKER, 70110
BECKER & BECKER
1370 Reliez Valley Road
Lafayette, California 94549
Telephone: [925] 939-9041
geoffrey.becker@comcast.net
Fax: 925-943-5477

Attorney for Plaintiff, Carol Sachs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS, | NO. C-08-1840 EMC |
| Plaintiff, | Declaration of Geoffrey Becker Regarding Service and Request to Continue Case Management Conference ; ORDER |
| vs. | |
| REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG | |
| Defendants. | |

I, Geoffrey Becker, declare:

a. That I am the attorney for the plaintiff, Carol P. Sachs;

b. Attached hereto is the affidavit of Celeste Ingalls, Alan H. Crowe & Associates, which your declarant received on July 2, 2008. Your declarant respectfully requests that the case management conference be continued to December 16, 2008. As set forth in the accompanying affidavit, it is likely to take six months to complete service. Your declarant will promptly notify the court when service is completed.

///

///

1

Declaration of Geoffrey Becker in Support of Issuance of Letter Rogatory

1  I declare under penalty of perjury and under the laws of the United States of America
2  that the foregoing is a true and correct statement of the facts. This declaration is signed on this 3rd
3  day of July, 2008 in Lafayette, California.

4  _____
   Geoffrey Becker

5
6
7  IT IS SO ORDERED that the case management conference is reset from February 25, 2009
   at 1:30 p.m. to June 3, 2009 at 1:30 p.m. Joint case management conference
8  statement shall be filed by May 27, 2009.
9
10
11  Edward M. Chen
12  U.S. Magistrate Judge
13  Dated: 2/20/09
14
...
28

2

Declaration of Geoffrey Becker in Support of Issuance of Letter Rogatory