```
 1 | GEOFFREY BECKER, 70110
   | BECKER & BECKER
 2 | 1370 Reliez Valley Road
   | Lafayette, California 94549
 3 | Telephone: [925] 939-9041
   | geoffrey.becker@comcast.net
 4 | Fax: 925-943-5477
 5 | Attorney for Plaintiff, Carol Sachs
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS, | NO. C-08-1840 EMC |
| | *Amended order* |
| Plaintiff, | Declaration of Geoffrey Becker Regarding Service and Request to Continue Case Management Conference ; ORDER |
| vs. | |
| REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG | 6/2/09 (2:30...) |
| Defendants. | |

I, Geoffrey Becker, declare:

a. That I am the attorney for the plaintiff, Carol P. Sachs;

b. Attached hereto is the affidavit of Celeste Ingalls, Alan H. Crowe & Associates, which your declarant received on July 2, 2008. Your declarant respectfully requests that the case management conference be continued to December 16, 2008. As set forth in the accompanying affidavit, it is likely to take six months to complete service. Your declarant will promptly notify the court when service is completed.

///

///

1

Declaration of Geoffrey Becker in Support of Issuance of Letter Rogatory

1 | I declare under penalty of perjury and under the laws of the United States of America
2 | that the foregoing is a true and correct statement of the facts. This declaration is signed on this 3rd
3 | day of July, 2008 in Lafayette, California.

*Geoffrey Becker*
Geoffrey Becker

7 | IT IS SO ORDERED that the case management conference is reset from February 25, 2009
8 | at 1:30 p.m. to June 3, 2009 at 2:30 p.m. Joint case management conference statement shall be filed by May 27, 2009.

Edward M. Chen
U.S. Magistrate Judge

Dated: 2/20/09

2

Declaration of Geoffrey Becker in Support of Issuance of Letter Rogatory