GEOFFREY BECKER, 70110
BECKER & BECKER
1370 Reliez Valley Road
Lafayette, California 94549
Telephone: [925] 939-9041
geoffrey.becker@comcast.net
Fax: 925-943-5477

Attorney for Plaintiff, Carol Sachs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS, | NO. C-08-1840 EMC |
| Plaintiff, | |
| vs. | Declaration of Geoffrey Becker Regarding Service and Request To Continue Case Management Conference   'ORDER |
| REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG | |
| Defendants. | |

I, Geoffrey Becker, declare:

a. That I am the attorney for the plaintiff, Carol P. Sachs;

b. The case management conference is scheduled for June 3, 2009 at 1:30 p.m..

c. Service has not been completed and it is not known when that is likely to occur. As your declarant has previously informed the court, it is not possible to obtain a status regarding service of the letters rogatory which is being accomplished through diplomatic channels via the Department of State. Your declarant respectfully requests a continuance of the case management conference to a date that is satisfactory to the court.

1

Declaration Regarding Service and Request to Continue Case Management Conference

1   I declare under penalty of perjury and under the laws of the United States of America
2   that the foregoing is a true and correct statement of the facts. This declaration is signed on this 27th
3   day of May, 2009 in Lafayette, California.

*/s/ Geoffrey Becker*
Geoffrey Becker

IT IS SO ORDERED that the case management conference is reset from June 3, 2009 at 1:30 p.m. to __July 8__ at 2:30 p.m. A joint case management conference statement shall be filed by __July 1, 2009__ and shall justify with specific information any request for further continuance.

_/s/_
Edward M. Chen
U.S. Magistrate Judge
Date: 5/28/09

---
2

Declaration Regarding Service and Request to Continue Case Management Conference