GEOFFREY BECKER, 70110
BECKER & BECKER
1370 Reliez Valley Road
Lafayette, California 94549
Telephone: [925] 939-9041
geoffrey.becker@comcast.net
Fax: 925-943-5477

Attorney for Plaintiff, Carol Sachs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS, | NO. C-08-1840 EMC |
| Plaintiff, | |
| vs. | Declaration of Geoffrey Becker Regarding Service and Request to Continue Case Management Conference Order |
| REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG | |
| Defendants. | |

I, Geoffrey Becker, declare:

a. That I am the attorney for the plaintiff, Carol P. Sachs;

b. The case management conference is scheduled for October 14, 2009 at 1:30 p.m..

c. Since the last scheduled case management conference, your declarant has not received any information from Department of State or anyone else, regarding the completion of service the letters rogatory. Your declarant respectfully requests a continuance of the case management conference to a date that is satisfactory to the court.

1

1   I declare under penalty of perjury and under the laws of the United States of America
2   that the foregoing is a true and correct statement of the facts. This declaration is signed on this 8th
3   day of October, 2009 in Lafayette, California.

_____
Geoffrey Becker

7   IT IS SO ORDERED that the case management conference is reset from 10/14/09 to
    1/27/10 at 1:30 p.m. A joint CMC statement shall be filed by 1/20/10. Plaintiff is
8   ordered to serve a copy of this order upon all defendants.

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2

Declaration Regarding Service and Request to Continue Case Management Conference