GEOFFREY BECKER, 70110
BECKER & BECKER
1370 Reliez Valley Road
Lafayette, California 94549
Telephone: [925] 939-9041
geoffrey.becker@comcast.net
Fax: 925-943-5477

Attorney for Plaintiff, Carol Sachs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS, | NO. C-08-1840 EMC |
| Plaintiff, | |
| vs. | Declaration of Geoffrey Becker Regarding Service and Request to Continue Case Management Conference |
| REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG | ORDER RESETTING CMC |
| | Hearing Date: 2-10-10 |
| Defendants. | |

I, Geoffrey Becker, declare:

a. That I am the attorney for the plaintiff, Carol P. Sachs;

b. The case management conference is scheduled for February 10, 2010 at 1:30 p.m.

c. Attached hereto are two letters from the Department of State explaining the delay in delivering the letters rogatory to Austria and confirming that they were delivered to Austria on December 22, 2009. Your declarant respectfully requests a continuance of the case management conference to a date that is satisfactory to the court.

d. Although the letters rogatory have been delivered, until there is an acknowledge-

1

Declaration Regarding Service and Request to Continue Case Management Conference

ment that service has been accepted, it is not complete. Your declarant anticipates that it will take at least three months for the completion of service so that it is not likely to be completed prior to March 22, 2010.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is a true and correct statement of the facts. This declaration is signed on this 12th day of January in Lafayette, California.

_____
Geoffrey Becker

IT IS SO ORDERED that the case management conference is reset from 2/10/10 to 4/28/10 at 1:30 p.m. A joint cmc statement shall be filed by 4/21/10. Plaintiff is ordered to serve a copy of this order upon defendants.

_____
Edward M. Chen
U.S. Magistrate Judge



2

Declaration Regarding Service and Request to Continue Case Management Conference



**United States Department of State**

*Washington, D.C. 20520*

January 5, 2010

Richard W. Wieking
Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

        Re: Carol Sachs v. OBB PERSONENVERKEHR AG
        Case Number C08-01840 (EMC) (ADR)

Dear Mr. Wieking:

    I am writing in response to a request to transmit letters rogatory via the diplomatic channel to the Republic of Austria pursuant to 28 U.S.C. 1608(b)(3)(A) in the lawsuit referenced above. The letters rogatory seek the assistance of the appropriate Austrian officials in effecting service of process upon defendant OBB PERSONENVERKEHR AG. The U.S. Embassy in Vienna transmitted the letters rogatory to the Austrian Ministry of Foreign Affairs under cover of diplomatic note No. 266 on December 22, 2009. A certified copy of that note is enclosed.

    The Embassy will monitor the progress of the letters rogatory by making periodic inquiries with Austrian officials and we will transmit any response to the letters rogatory as soon as it is received. If you have any questions please do not hesitate to contact me at (202) 736-9115.

                Sincerely,

                William P. Fritzlen
                Attorney Adviser
       Office of Policy Review and Inter-Agency Liaison

Enclosure as stated



*Embassy of the United States of America*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| REPUBLIC OF AUSTRIA | ) | |
| CITY OF VIENNA | ) | ss: |
| EMBASSY OF THE | ) | |
| UNITED STATES OF AMERICA | ) | |

I, Heather Guimond, Consul General, U.S Embassy Vienna certify that this is a tru copy of the U.S. Embassy's diplomatic note number 266 dated December 22, 2009, and delivered to the Ministry of Foreign Affairs of the Republic of Austria accompanied by letters rogatory requesting service of a summons, complaint on OBB Personenverkehr by the appropriate judicial authority of the Republic of Austria.

_____
Heather Guimond
Consul General

December 23, 2009
-----------------------------------
(Date)



No. 266

The Embassy of the United States of America requests the assistance of the Ministry of Foreign Affairs of the Republic of Austria in transmitting the enclosed request for international judicial assistance to the appropriate authority of the Republic of Austria.

The United States District Court for the Northern District of California has transmitted the annexed rogatory in the matter of Sachs versus Republic of Austria, et. al., case number C08-01840. The letters rogatory requests service of process upon OBB Personenverkehr pursuant to Title 28, United States Code, Section 1608(b)(3)(A).

The Embassy appreciates the Ministry's assistance in the interests of justice. The U.S. District Court for the Northern District of California has assured that it will provide similar assistance to the judicial authorities of the Republic of Austria. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically, the date it is assigned to the appropriate judicial authority for service and the date service is made on the OBB Personenverkehr.

**DIPLOMATIC NOTE**

The Embassy of the United States of America avails itself of this opportunity to renew to the Federal Ministry of Foreign Affairs the assurance of its highest consideration.

    The Embassy of the United States of America

        Vienna, December 22, 2009





United States Department of State

Washington, D.C. 20520

December 11, 2009

Celeste Ingalls
Crowe Foreign Services
1020 SW Taylor St. Suite 240
Portland, Oregon 97205

Re: Letters Rogatory - Austria

Dear Ms. Ingalls:

I am writing concerning your request for the transmission of letters rogatory pursuant to 28 U.S.C. 1608(b)(3)(B) in the lawsuit Carol P. Sachs v. Republic of Austria, et al, Case Number C08-01840, pending before the United States District Court for the Northern District of California. I regret to inform you that the service documents were lost in transit to the U.S. Embassy in Vienna. I am committed however to ensuring that your request is transmitted in the most expeditious manner possible.

This office maintained a set of the letters rogatory that I are resending to the U.S. Embassy in Vienna with instructions to deliver them upon receipt to the Austrian Ministry of Foreign Affairs under cover of a diplomatic note. I will ask the Embassy to make periodic status inquiries with Austrian authorities in order to monitor the progress of the request.

Again, I truly regret that your original request was lost. If you have any questions please do not hesitate to contact me at (202) 736-9115 or by email at fritzlenwp@state.gov.

Sincerely,

William P. Fritzlen
Attorney-Adviser
Office of Policy Review and Inter-Agency Liaison