1  JUAN C. BASOMBRIO (CA#150703)
   DORSEY & WHITNEY LLP
2  38 Technology Drive, Suite 100
   Irvine, CA 92618-5310
3  Telephone: (949) 932-3650
   Facsimile:  (949) 932-3601
4  Email: basombrio.juan@dorsey.com

5  Attorneys for Defendant,
   OBB PERSONENVERKEHR
6  AG

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS,<br><br>              Plaintiff,<br>v.<br><br>REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG,<br><br>              Defendants. | NO.: C08-01840 ~~EMC~~  VRW<br><br>**STIPULATED APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT AS AMENDED AND CONTINUING CASE MANAGEMENT CONFERENCE; AND ~~PROPOSED~~ ORDER THEREON** |

---

STIPULATED APPLICATION FOR ORDER EXTENDING TIME
TO RESPOND TO THE COMPLAINT, AS AMENDED; AND CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER THEREON


IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

a. Defendant OBB Personenverkehr AG's current deadline to respond to the Complaint, as amended, is May 21, 2010. Defense counsel has requested a one month extension of that deadline because additional time is necessary for counsel to coordinate with his client, which is located in Austria and is an instrumentality of the Republic of Austria. No prior extension has been provided to respond to the Complaint.

b. The Court has scheduled a case management conference ("CMC") for May 27, 2010. Plaintiff requires additional time to serve the other Defendants, and is in the process of serving the other Defendants, which also are located in Austria. Further, Defendant OBB Personenverkehr AG intends to file a motion to dismiss which would vacate the CMC pursuant to the Court's standing order. Defense counsel also has a scheduling conflict: a previously scheduled overseas trip from May 21 through May 29, 2010. There has been no prior request for an extension of the CMC *by defense counsel*.

Accordingly, the parties apply for an order, as follows:

1. Extending the deadline for Defendant OBB Personenverkehr AG to respond to the Complaint, as amended, to and including June 21, 2010.

2. Continuing the CMC, currently scheduled for May 27, 2010, for two months to July 29, 2010 or an approximate date.

Respectfully submitted,

DATED: May 3, 2010        BECKER & BECKER


BY: *See next page, 1a*
GEOFFREY BECKER
Attorneys for Plaintiff,
CAROL P. SACHS

---

1
STIPULATED APPLICATION FOR ORDER EXTENDING TIME
TO RESPOND TO THE COMPLAINT, AS AMENDED; AND CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER THEREON

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

a. Defendant OBB Personenverkehr AG's current deadline to respond to the Complaint, as amended, is May 21, 2010. Defense counsel has requested a one month extension of that deadline because additional time is necessary for counsel to coordinate with his client, which is located in Austria and is an instrumentality of the Republic of Austria. No prior extension has been provided to respond to the Complaint.

b. The Court has scheduled a case management conference ("CMC") for May 27, 2010. Plaintiff requires additional time to serve the other Defendants, and is in the process of serving the other Defendants, which also are located in Austria. Further, Defendant OBB Personenverkehr AG intends to file a motion to dismiss which would vacate the CMC pursuant to the Court's standing order. Defense counsel also has a scheduling conflict: a previously scheduled overseas trip from May 21 through May 29, 2010. There has been no prior request for an extension of the CMC *by defense counsel*.

Accordingly, the parties apply for an order, as follows:

1. Extending the deadline for Defendant OBB Personenverkehr AG to respond to the Complaint, as amended, to and including June 21, 2010.

2. Continuing the CMC, currently scheduled for May 27, 2010, for two months to July 29, 2010 or an approximate date.

Respectfully submitted,

DATED: May 3, 2010          BECKER & BECKER

BY: /s/ Geoffrey Becker
GEOFFREY BECKER
Attorneys for Plaintiff,
CAROL P. SACHS

---

1a

STIPULATION EXTENDING RESPONSE DEADLINE FOR DEFENDANT US BANK

DATED: May 3, 2010                    DORSEY & WHITNEY LLP

BY: _____
    JUAN C. BASOMBRIO
    Attorneys for Defendant,
    OBB PERSONENVERKEHR AG

ORDER

PURSUANT TO FOREGOING STIPULATION,

IT IS ORDERED THAT:

1. The deadline for Defendant OBB Personenverkehr AG to respond to the Complaint, as amended, to and including June 21, 2010.

2. Continuing the May 27, 2010 case management conference to ~~July 29,~~ AUGUST 12, 2010 at 3:30 p.m. in Courtroom 6, 17th Floor, San Francisco.

SO ORDERED.

DATED: May 4, 2010

_____
HON. VAUGHN R. WALKER
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Vaughn R Walker]*