IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P SACHS, | No   C 08-1840 VRW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v | |
| REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG, | |
| Defendants. / | |

   The court is in receipt of plaintiff counsel's "request for intervention during discovery event." Doc #39. In the request, counsel states that defendants refuse to respond to five interrogatories concerning the court's subject matter jurisdiction over the above-captioned action. Given the fast-approaching deadline for defendants to respond to plaintiff's complaint, Doc #38, and defendants' apparent desire to file a motion to dismiss under the Foreign Sovereign Immunities Act, see Doc #39 at 2, the

court treats plaintiff's request for relief as a motion to stay proceedings pending defendants' response to the five interrogatories at issue.

Without ruling on the issue, plaintiff's interrogatories, id at 4, appear to be narrowly tailored to the contested issue of subject matter jurisdiction. Defendants are therefore ORDERED TO SHOW CAUSE in writing on or before June 21, 2010, why the court should not stay these proceedings subject to defendants' response to plaintiff's five interrogatories. Id. In the alternative, defendants may file, on or before June 21, 2010, a motion to dismiss for lack of subject matter jurisdiction or otherwise answer plaintiff's complaint. If defendants file a motion to dismiss for lack of subject matter jurisdiction, the court will, upon a reasonable application by plaintiff, extend time for plaintiff to file an opposition to that motion to dismiss until the court resolves the ongoing discovery dispute.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge