GEOFFREY BECKER
BECKER & BECKER
1370 Reliez Valley Road
Lafayette, California 94549
Telephone: 925-939-9041
State Bar No. 70110

Attorney for Plaintiff, Carol P. Sachs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL P. SACHS, | NO. C-08-01840 VRW |
| Plaintiff, | |
| v. | Notice of Voluntary Dismissal |
| REPUBLIC OF AUSTRIA, OBB HOLDING GROUP, OBB PERSONENVERKEHR AG | |
| Defendants. | |

Notice is given that all claims against OBB HOLDING GROUP are dismissed with prejudice.

Dated: April 25, 2011

Respectfully submitted,

*[signature]*

Geoffrey Becker
Attorney for Carol P. Sachs

1

Dismissal