**FILED**

UNITED STATES COURT OF APPEALS

FEB 09 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CAROL P. SACHS,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>REPUBLIC OF AUSTRIA; OBB HOLDING GROUP; OBB PERSONENVERKEHR AG,<br><br>        Defendants - Appellees. | No. 11-15458<br><br>D.C. No. 3:08-cv-01840-VRW<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: KOZINSKI, REINHARDT, O'SCANNLAIN, SILVERMAN, GRABER, WARDLAW, FISHER, GOULD, BERZON, RAWLINSON and HURWITZ, Circuit Judges.

Construing the Appellant's letter request for supplemental briefing as a motion for supplemental briefing, that request is DENIED. The Supreme Court's mandate reversed our decision, holding that "the courts of the United States lack jurisdiction over the suit." *OBB Personenverkehr AG v. Sachs*, 136 S. Ct. 390, 398 (2015). The Court did not remand the case even though it noted the forfeited issue on which the Appellant seeks briefing. *Id.* at 397–98. In these circumstances, we interpret the Supreme Court's mandate to resolve the issue.

Further, even if the mandate would permit us to address the new issue, under our normal procedures, we would decline to do so because the issue was not raised

in the district court, *see, e.g.*, *Vision Air Flight Serv., Inc. v. M/V Nat'l Pride*, 155 F.3d 1165, 1168 n.2 (9th Cir. 1998), or in the opening brief, *see, e.g.*, *Image Tech. Serv., Inc. v. Eastman Kodak Co.*, 136 F.3d 1354, 1356–57 (9th Cir. 1998).